CJA_appointment_rev.07212015

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

Case Number **16CR534**

v.

**Daniel Chavez**
Defendant.

Judge **Valdez**

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person Represented:** Daniel Chavez     Under Seal ☐

**Defendant Number:** 1

**Payment Category:** Felony

**Type of Person Represented:** Adult

**Representation Type:** CC

**Attorney Name:** Anthony W. Hill

**Court Order:** Appointing Counsel

Prior attorney's name: _____

Signature of Presiding Judge or by Order of the Court _____

Date of Order: 8/19/2015     Nunc Pro Tunc Date: _____    or None ☑

---

## ORDER APPOINTING INTERPRETER UNDER CJA

**Interpreter needed**     ☐ Yes                    Under Seal ☐

Prior authorization shall be obtained for services in excess of $800.

**Expected to exceed**              ☐ Yes  ☐ No
**Prior authorization approved**    ☐ Yes  ☐ No

Signature of Presiding Judge or by Order of the Court _____

Date of Order: _____     Nunc Pro Tunc Date: _____    or None ☐