**16CR 534**

**JUDGE PALLMEYER**

**MAGISTRATE JUDGE VALDEZ**

**FELONY**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **YES**

   1a. If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **United States v. Daniel Chavez, et al., 16 CR 534**

   **MAGISTRATE JUDGE VALDEZ**

   1b. Should this indictment or information receive a new case number from the court? **NO**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   **DAPCA Narcotics (III)**

10) List the statute of each of the offenses charged in the indictment or information.
    **21 USC 841(a)**
    **18 USC 922(g)(1)**
    **18 USC 924(c)(1)**

FILED
SEP 15 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Sheri Wong
Assistant United States Attorney